**Order entered September 18, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-20-00624-CV**
_____

**MELISSA BREWER, Appellant**

**V.**

**COMPASS BANK, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-02438-2019**

**ORDER**

Before the Court is appellant's September 17, 2020 motion for an extension of time to file her brief on the merits. In her motion, appellant explains that she is trying to obtain counsel to assist her with this appeal. She requests a sixty-day extension. We **GRANT** the motion and extend the time to **November 16, 2020**.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE